UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:00-CR-0419-DWH-RJJ |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JOHN BRESSICKELLO ) | |
| ) | |
| Defendant. ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#26), sentencing held on August 8, 2001. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: KEITH MANLEY
Amount of Restitution: $1,245.00

Name of Payee: VITALCARE RESPIRATORY
Amount of Restitution: $32,788.00

**Total Amount of Restitution ordered:** $34,033.00

Dated this ____26____ day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE